UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LYNETTE E. SWEET, et al.,<br><br>    Defendants. | Case No. 17-cv-02750-LB<br><br>**ORDER RE: BANKRUPTCY STAY**<br><br>Re: Dkt. No. 40 |

The court generally closes cases administratively that are stayed because of a bankruptcy filing because there is no reason to maintain the file as an open case for statistical purposes. The court thus administratively closes the file. This order is not a dismissal or disposition of this action, and if further proceedings become necessary, any party may initiate them in the same manner as if this order had not been entered. The court also asks for an update about the bankruptcy by March 8, 2018.

**IT IS SO ORDERED.**

Dated: October 18, 2017

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No.17-cv-02750-LB)